**No. 42441.**—Petition 5725–R of N. Polkinhorn (San Diego).

Opinion by CLINE, J. On reappraisement proceedings it was stipulated that the market value was 6 cents per pound rather than 4 cents per pound as entered. From the evidence it appeared that the petitioner acted without intent to misrepresent the facts or to defraud the revenue of the United States or to deceive the appraiser. The petition was therefore granted.

**No. 42442.**—Petition 5783–R of Dritz Traum Co., Inc. (New York).

Opinion by CLINE, J. It appeared that this particular importation was the first shipment of the articles received by the petitioner and that an appeal to reappraisement was taken as a test case. It was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted. Abstract 36918, *Golding* v. *United States* (T. D. 49078), and *Snow* v. *United States* (C. D. 13) followed.

**No. 42443.**—Petition 5761–R of Model Wall Paper & Paint Co. (Chicago).

Opinion by KEEFE, J. The record shows that the goods were appraised at the entered value and the collector called for a reappraisement. It was found that there was no intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, OCTOBER 14, 1939

**No. 42444.**—Protest 944492–G of William J. Rountree Co., Inc. (New York).

Opinion by McCLELLAND, P. J. On the authority of *Atlas Marine Co.* v. *United States* (C. D. 216) it was held that since no regulations applicable to the merchandise which had been imported and entered for consumption were prescribed under the provisions of section 630 no right to exemption arose as to such merchandise. The protest was therefore overruled.

**No. 42445.**—Protest 939449–G of Jose Navarro (New York).

Opinion by McCLELLAND, P. J. It appeared that the merchandise is a double gut snell and could be used to make snelled hooks, snelled flies, or snelled bass bugs. On the dictionary definition of "snell," supported by the evidence of the examiner, the protest was overruled.